**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

ARANTZA ESPINOZA Case No.: 1:22-cv-23360-KMW

Plaintiff,

v.

TIFFANY & COMPANY.
a foreign for-profit limited liability company

Defendant,

_______________________________________/

**JOINT NOTICE/STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, ARANTZA ESPINOZA, through undersigned attorneys Diego G. Mendez and Richard J Adams, pursuant to the Federal Rules Civil Procedure 41(a)(1)(ii), file this Joint Notice/Stipulation of Voluntary Dismissal with Prejudice against Defendant, TIFFANY & COMPANY. All claims and counter claims by all parties are hereby dismissed with prejudice by this stipulation. Each party shall bear their own attorney's fees and costs. Parties will respond to Order to Show Cause (DE 7) from December 28, 2022, on or before the January 4, 2023 deadline to respond.

Dated: December 30, 2022

Respectfully submitted,

MENDEZ LAW OFFICES, PLLC
P.O. BOX 228630
Miami, Florida 33172
Telephone: 305.264.9090
Facsimile: 305.809.8474
Email:info@mendezlawoffices.com
By: /s/ Diego German Mendez

Attorneys for Plaintiff
Michael Thompson |
Managing Counsel – Employment Law
Tiffany and Co.
15 Sylvan Way
Parsippany, NJ 07054
Phone: 973.254.8435

DIEGO GERMAN MENDEZ, ESQ.
FL BAR NO.: 52748

Email: Michael.Thompson@tiffany.com

Adams & Associates, P.A.
Attorneys for Plaintiff
6500 Cowpen Road, Suite 101
Miami Lakes, FL 33014
Telephone: 786-290-1963
Facsimile: 305-824-3868
Email: radamslaw7@gmail.com
By: /s/
RICHARD J. ADAMS, ESQ.
FL BAR NO.: 770434